IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE

Criminal Case No. 10-cr-00466-LTB

UNITED STATES OF AMERICA,

       Plaintiff,

v.

1.    MARLOW MARTIN,
    a.k.a. "Lil Ruff,"

       Defendant.

---

## MINUTE ORDER
---

BY ORDER OF JUDGE LEWIS T. BABCOCK

     This will confirm that a status/scheduling hearing is set **Wednesday**, **October 20, 2010** at **8:30 a.m.** in Courtroom C401, Byron G. Rogers United States Courthouse, 1929 Stout Street, Denver, Colorado. Defendant must be present.

Dated: September 28, 2010