IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE

Criminal Case No. 10-cr-00466-LTB

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1.     MARLOW MARTIN,
      a.k.a. "Lil Ruff,"

        Defendant.
_____

## MINUTE ORDER
_____
BY ORDER OF JUDGE LEWIS T. BABCOCK


     This will confirm that the status/scheduling hearing set **Wednesday**, **October 20, 2010 is VACATED and RESET for Friday, October 29, 2010** at **9:00 a.m.** in Courtroom C401, Byron G. Rogers United States Courthouse, 1929 Stout Street, Denver, Colorado. Defendant must be present.



Dated: October 18, 2010