IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE

Criminal Case No. 10-cr-00466-LTB

UNITED STATES OF AMERICA,

       Plaintiff,

v.

1.     MARLOW MARTIN,
      a.k.a. "Lil Ruff,"

       Defendant.

___

## MINUTE ORDER
___

BY ORDER OF JUDGE LEWIS T. BABCOCK

    This will confirm that this matter is set for a trial to a jury for three (3) days commencing **Monday, November 29, 2010 at 9:00 a.m.** in Courtroom C401, Byron G. Rogers United States Courthouse, 1929 Stout Street, Denver, Colorado. Defendant must be present.

    This will also confirm that a further status hearing regarding this matter is set **Friday, November 5, 2010 at 4:00 p.m.**

Dated: November 1, 2010