**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Criminal Case No. 10-cr-00466-LTB

UNITED STATES OF AMERICA,

       Plaintiff,

v.

1.    MARLOW MARTIN,
     a.k.a. "Lil Ruff,"

       Defendant.

___

**MINUTE ORDER**
___

BY ORDER OF JUDGE LEWIS T. BABCOCK

     This will confirm that, pursuant to Defendant's Notice of Disposition filed November 4, 2010 (Doc 19), the status hearing set **November 5, 2010 is VACATED**. Counsel are directed to contact chambers on Monday, November 8, 2010 to obtain a change of plea hearing date.

Dated: November 4, 2010