**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Criminal Case No.  10-cr-00466-LTB

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1.     MARLOW MARTIN,
      a.k.a. "Lil Ruff,"

        Defendant.

---

**MINUTE ORDER**

---

BY ORDER OF JUDGE LEWIS T. BABCOCK


      This will confirm the change of plea hearing regarding Defendant Martin is **RESET for Friday, December 17, 2010 at 10:00 a.m.** in Courtroom C401, Byron G. Rogers United States Courthouse, 1929 Stout Street, Denver, Colorado.

      This will also confirm that the trial set November 29, 2010 is VACATED.


Dated:  November 9, 2010