**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Criminal Case No.  10-cr-00466-LTB

UNITED STATES OF AMERICA,

       Plaintiff,

v.

1.     MARLOW MARTIN,
       a.k.a. "Lil Ruff,"

       Defendant.

---

### MINUTE ORDER

---

BY ORDER OF JUDGE LEWIS T. BABCOCK

     This will confirm the sentencing hearing regarding Defendant Martin is set **Wednesday, March 16, 2011 at 8:30 a.m.** in Courtroom C401, Byron G. Rogers United States Courthouse, 1929 Stout Street, Denver, Colorado.

Dated:  December 17, 2010

---