# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Criminal Action No. 10-cr-00466-LTB-01

UNITED STATES OF AMERICA,

       Plaintiff,

vs.

MARLOW MARTIN,

       Defendant.

## ORDER TERMINATING SUPERVISED RELEASE

The Court having been notified by the Probation Office that on February 15, 2015, the defendant was declared deceased, hereby,

ORDERS that the term of supervised release be terminated.

DATED at Denver, Colorado, this   17th   day of March, 2015.

BY THE COURT:

    s/Lewis T. Babcock
LEWIS T. BABCOCK
Senior United States District Judge